### 22660.  BROSNAN v. UNDERCOFLER, State Revenue Commissioner.

MOBLEY, Justice.  This case is controlled by the decision rendered by this court in the case of *Brosnan v. Undercofler, ante.*  Therefore, the Court of Appeals, not this court, has jurisdiction of this case.

*Transferred to the Court of Appeals.  All the Justices concur.*
ARGUED SEPTEMBER 16, 1964—DECIDED SEPTEMBER 21, 1964.

*Smith, Gardner, Kelley & Wiggins,* for plaintiff in error.
*John A. Blackmon, William L. Harper, Assistant Attorneys General,* contra.